UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DA-NAY MACKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | FILED: FEBRUARY 13, 2009 |
| vs. | ) No. | 09CV0966 |
| | ) | JUDGE KENDALL |
| AMERICAN CORADIUS | ) | MAGISTRATE JUDGE SCHENKIER |
| INTERNATIONAL, LLC, | ) | EDA |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

DA-NAY MACKLIN ("Plaintiff"), through her attorneys, KROHN & MOSS, LTD., alleges the following against, AMERICAN CORADIUS INTERNATIONAL, LLC, ("Defendant"):

**INTRODUCTION**

1. Plaintiff's Verified Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

**JURISDICTION AND VENUE**

2. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Defendant is a national company which conducts business in the state of New York, and therefore, personal jurisdiction is established.

4. Venue is proper pursuant to *28 U.S.C. 1391(b)(2)*.

5. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

6. Plaintiff is a natural person residing in Glenwood, Cook County, Illinois.

7. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)*, and according

to Defendant, Plaintiff allegedly owes a debt as that term is defined by *15 U.S.C. 1692a(5)*.

8. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)*, and sought to collect a consumer debt from Plaintiff.

9. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

10. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt. *see* Exhibit A.

11. Defendant calls and hangs up the telephone when Plaintiff answers.

12. Defendant stated to Plaintiff, "Welcome to the world of adulthood where you pay bills and debts you owe….". *See* Exhibit A

13. Defendant threatened to relay false credit information about Plaintiff to credit reporting agencies.

14. Defendant did not provide Plaintiff a debt validation letter.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT,

15. Defendant **violated the FDCPA**. Defendant's violations include, but are not limited to the following:

   a. Defendant violated *§1692d* of the FDCPA because Defendant engaged in harassing,

    oppressive, or abusive conduct by leaving a sarcastic message on Plaintiff's voicemail stating, "Welcome to the world of adulthood where you pay bills and debts you owe…."

b. Defendant violated *§1692d(5)* of the FDCPA because Defendant caused the phone to ring excessively as to annoy or harass Plaintiff.

c. Defendant violated *§1692d(6)* of the FDCPA because Defendant engaged in harassing conduct every time Plaintiff picked up the phone and Defendant hung up immediately without disclosing his/her identity.

d. Defendant violated *§1692e(8)* of the FDCPA because Defendant engaged in misleading communication by threatening to communicate false credit information to consumer reporting agencies.

e. Defendant violated *§1692g(a)(1-5)* by failing to provide appropriate notice of the debt within 5 days after the initial communication including: (1) the amount of the debt; (2) the name of the creditor to whom the debt is owed; (3) a statement that unless the consumer, within 30 days after receipt of the notice, disputes the validity of the debt, or any portion thereof, the debt will be assumed to be valid by the debt collector; (4) a statement that if the consumer notifies the debt collector in writing within the 30-day period that the debt, or any portion thereof, is disputed, the debt collector will obtain verification of the debt or a copy of a judgment against the consumer and a copy of such verification or judgment will be mailed to the consumer by the debt collector; and (5) a statement that, upon the consumer's written request within the 30-day period, the debt collector will provide the consumer with the name and address of the original creditor, if different from the

current creditor.

17. As a consequence of Defendant's foregoing actions, Plaintiffs has suffered from emotional distress. *See* Plaintiff's Damages page, attached hereto as Exhibit B.

**WHEREFORE**, Plaintiffs respectfully pray that judgment be entered against the Defendant for the following:

18. Declaratory judgment that the Defendant's conduct violated the FDCPA.

19. Actual damages.

20. Statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k.

21. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k.

22. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

By: /s/Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
Attorney for Plaintiff
120 W. Madison St., 10th Fl.
Chicago, Illinois 60602
(312) 578-9428

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, DA-NAY MACKLIN, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF ILLINOIS)

    Plaintiff, DA-NAY MACKLIN, says as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, DA-NAY MACKLIN, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 1/16/09

                                                _Da-Nay Macklin_
                                                DA-NAY MACKLIN,
                                                Plaintiff

# **EXHIBIT A**

**(Plaintiff's Counsel in Possession of Voicemails, Available Upon Request)**

# **EXHIBIT B**

I have suffered from the following due to, or made worse by, the actions of the Defendant's debt collection activities:

1. Sleeplessness — YES (NO)
2. Fear of answering the telephone — (YES) NO
3. Nervousness — (YES) NO
4. Fear of answering the door — (YES) NO
5. Embarrassment when speaking with family or friends — YES (NO)
6. Depressions (sad, anxious, or "empty" moods) — (YES) NO
7. Chest pains — YES (NO)
8. Feelings of hopelessness, pessimism — (YES) NO
9. Feelings of guilt, worthlessness, helplessness — (YES) NO
10. Appetite and/or weight loss or overeating and weight gain — (YES) NO
11. Thoughts of death, suicide or suicide attempts — YES (NO)
12. Restlessness or irritability — (YES) NO
13. Headache, nausea, chronic pain or fatigue — (YES) NO
14. Negative impact on my job — YES (NO)
15. Negative impact on my relationships — (YES) NO

Other physical or emotional symptoms you believe are associated with abusive debt collection activities: As a result of his tone appearing and sounding Sexual (perverted) in nature creating a feeling of being violated as a woman.

Pursuant to 28 U.S.C. § 1746(2), I hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 1/16/09

_____
Signed Name: Da-Nay Macklin

Printed Name: Da-Nay Macklin