**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| DA-NAY MACKLIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 09CV0966 |
| | ) | |
| AMERICAN CORADIUS | ) | |
| INTERNATIONAL, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

---

**NOTICE OF SETTLEMENT
(Unlawful Debt Collection Practices)**

---

**<u>NOTICE OF SETTLEMENT</u>**

NOW COMES the Plaintiff, DA-NAY MACKLIN, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED:  February 19, 2009                    KROHN & MOSS, LTD.


By:___/s/Adam T. Hill_____
          Adam T. Hill
          KROHN & MOSS, LTD.
          Attorney for Plaintiff
          120 W. Madison St., 10th Fl.
          Chicago, Illinois 60602
          (312) 578-9428

NOTICE OF SETTLEMENT