**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| DA-NAY MACKLIN, ) | |
| ) | Case #09CV0966 |
| Plaintiff, ) | |
| ) | Assigned Judge: Kendall |
| v. ) | |
| ) | Magistrate Judge: Schenkier |
| AMERICAN CORADIUS ) | |
| INTERNATIONAL, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF VOLUNTARY DISMISSAL

DA-NAY MACKLIN (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, AMERICAN CORADIUS INTERNATIONAL, LLC (Defendant), in this case.

Both sides to bear their own costs and expenses.

RESPECTFULLY SUBMITTED,

By: /s/ Adam T. Hill
 Adam T. Hill
 KROHN & MOSS, LTD.
 Attorney for Plaintiff
 120 W. Madison St., 10th Fl.
 Chicago, Illinois 60602
 (312) 578-9428

1